**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Cathy Coomes | Date: June 24, 2011 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | M. J. Menendez |
| | Kasandra Carleton |
| Plaintiff, | |
| vs. | |
| **AMANDA MONTES,** | Ronald John Hahn |
| Defendant. | |

**SENTENCING**

**10:09 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  ATF Special Agent Shane Messner is present. Defendant is present.

Statements by counsel regarding Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 and sentencing.

Statements by Defendant.

*10-cr-00326-PAB*
*Sentencing*
*June 24, 2011*

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.
The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on **March 22, 2011**, to one count of Possession of a Controlled Substance contained in an Information.

**ORDERED:**  Government's Motion to Dismiss Counts One, One Hundred-Five, and One Hundred-Six (Doc. #1541, filed 6/6/11) is **GRANTED** for reasons set forth on the record.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. §5K1.1 (Doc. #1543, filed 6/6/11) is **GRANTED** for reasons as set forth on the record.

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **placed on probation for a period of three (3) years.**

**ORDERED:  Conditions** of Probation that:
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( )  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future

*10-cr-00326-PAB*
*Sentencing*
*June 24, 2011*

      substance abuse by the defendant.

**ORDERED:** **Special Condition** of Probation that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- ( ) If defendant is deported, she shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- ( ) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- ( ) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$25** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because Defendant has no ability to pay a fine.

**ORDERED:** Costs of the investigation are WAIVED.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**10:35 a.m.**  **COURT IN RECESS**

**Total in court time:**   **26 minutes**

**Hearing concluded**