IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-20

UNITED STATES OF AMERICA,

    Plaintiff,

v.

20.    AMANDA MONTES,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2011

GREGORY C. LANGHAM
    CLERK

---

### ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts One, One Hundred-Five, and One Hundred-Six [Docket No. 1541]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts One, One Hundred-Five, and One Hundred-Six [Docket No. 1541] is granted. Counts One, One Hundred Five, and One Hundred Six of the First Superseding Indictment are dismissed as to defendant Amanda Montes.

    DATED June __24__, 2011.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              United States District Judge